**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Julie Dalton, | Case No. 24-cv-1578 (PJS/DTS) |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| Hanesbrands Inc., | |
| Defendant. | |

---

The parties filed a stipulation, Dkt. No. 6, to give Defendant an extension of time to Answer the Amended Complaint. **IT IS HEREBY ORDERED:** Defendant shall Answer or otherwise respond to the Amended Complaint on or before July 18, 2024.

Dated: June 5, 2024

                                                    s/David T. Schultz
                                                  DAVID T. SCHULTZ
                                                  U.S. Magistrate Judge