**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Hanesbrands Inc.,<br><br>Defendant. | Civil Case No.:24-cv-01578(PJS/DTS)<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

Based on the agreement of the parties, it is hereby stipulated that the above-captioned matter is dismissed in its entirety, with prejudice and without costs or fees to any party.

**THRONDSET MICHENFELDER, LLC**

Dated: November 25, 2024

By: */s/ Patrick W. Michenfelder*
Patrick W. Michenfelder (#024207X)
Chad A. Throndset (#0261191)
Jason D. Gustafson (#0403297)
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Tel: (763) 515-6110
Fax: (763) 226-2515
pat@throndsetlaw.com
chad@throndsetlaw.com
jason@throndsetlaw.com
*Attorneys for Plaintiffs*

2

Dated: November 25, 2024                    **HUSCH BLACKWELL LLP**

By: */s/ Sean P. Downey*
Sean P. Downey
Tina Syring-Petrocchi
80 South 8th Street, Suite 4800
Minneapolis, MN 55402
Tel: (612) 852-3636
Sean.downey@huschblackwell.com
Tina.syring@huschblackwell.com
*Attorneys for Defendant*

2