UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JULIE DALTON, | Case No. 24-CV-1578 (PJS/DTS) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| HANESBRANDS, INC., | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal filed by the parties on November 25, 2024 [ECF No. 15],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: November 26, 2024

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court